IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VANDRICIA DEISHON FINLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO. 3:13cv-565-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | (WO) |
| ) | |
| Respondents. ) | |

**<u>ORDER</u>**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #29), entered on April 27, 2015.  The Petitioner requested, and was given, two extensions of time to file an objection to the Recommendation and has not done so.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this § 2255 motion is DISMISSED with prejudice.  Final Judgment will be entered accordingly.

DONE this 30th day of June, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE