IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| VANDRICIA DEISHON FINLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-CV-565-WHA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | (WO) |
| | ) | |
| Respondent. | ) | |

## **ORDER**

Upon consideration of Docs. # 36 and 37 filed by the Petitioner on July 7, 2015, it is hereby ORDERED as follows:

1. The court will consider the objections and exhibits as if they were timely filed.

2. The court's Order (Doc. # 34) and Judgment (Doc. # 35) are vacated and set aside.

3. Following an independent evaluation and de novo review of the Magistrate Judge's Recommendation (Doc. # 29) and the Petitioner's Objections, the court finds that the matters raised in the Objections were covered accurately in the Recommendation, with which the court agrees. Therefore, the Objections are without merit and they are OVERRULED.

4. The court adopts the Recommendation of the Magistrate Judge and this § 2255 motion is DISMISSED with prejudice.

DONE this 9th day of July, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE