IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

VANDRICIA DEISHON FINLEY,          )
                                   )
      Petitioner,                  )
                                   )
v.                                 )          CASE NO. 2:13-CV-565-WHA
                                   )
UNITED STATES OF AMERICA,          )          (WO)
                                   )
      Respondent.                  )

**<u>FINAL JUDGMENT</u>**

In accordance with the Order entered by the court on this day,

Final Judgment is entered in favor of the Respondent and against the Petitioner and this case is DISMISSED with prejudice.

DONE this 9th day of July, 2015.

      /s/ W. Harold Albritton
      W. HAROLD ALBRITTON
      SENIOR UNITED STATES DISTRICT JUDGE